# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>SINCLAIR BROADCAST GROUP, INC.; RAYCOM MEDIA, INC.; TRIBUNE MEDIA COMPANY; MEREDITH CORPORATION; GRIFFIN COMMUNICATIONS, LLC; DREAMCATCHER BROADCASTING, LLC; NEXSTAR MEDIA GROUP, INC.; CBS CORPORATION; COX ENTERPRISES, INC.; THE E.W. SCRIPPS COMPANY; FOX CORPORATION; and TEGNA INC.,<br><br>*Defendants*. | Case No. 1:18-cv-2609-TSC |

## NOTICE OF SECOND AMENDED COMPLAINT

Please take notice that under Federal Rule of Civil Procedure 15(a)(2), today Plaintiff United States of America filed a Second Amended Complaint. The Second Amended Complaint adds the CBS Corporation, Cox Enterprises, Inc., The E.W. Scripps Company, Fox Corporation, and TEGNA Inc. as defendants. The Second Amended Complaint also adds more detail regarding agreements involving certain national sales representative firms and updates certain business information regarding existing defendants. In all other material respects, the Second Amended Complaint is the same as the Amended Complaint filed on December 13, 2018. Defendants Sinclair Broadcast Group, Inc., Raycom Media, Inc., Tribune Media Company, Meredith Corporation,

1

Griffin Communications, LLC, Dreamcatcher Broadcasting, LLC, and Nexstar Media Group, Inc. each have consented in writing to the Plaintiff's filing of the Second Amended Complaint.

Respectfully submitted on the 17 of June, 2019.

_____
Lee F. Berger* (D.C. Bar #482435)
Trial Attorney
U.S. Department of Justice
Antitrust Division
Media, Entertainment, and Professional
Services Section
450 Fifth Street, N.W., Suite 4000
Washington, DC 20530
Phone: 202-598-2698
Facsimile: 202-514-7308
Email: Lee.Berger@usdoj.gov

*Attorney of Record